IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cr-066-MEF |
| | ) | |
| JAMES OWEN VAUGHT, JR., | ) | |
| | ) | |

## **ORDER**

On August 9, 2012, the Magistrate Judge filed a Recommendation (Doc. # 39) that this Court deny Defendant's Motion to Suppress (Doc. # 26). Defendant moves to suppress statements made in an interrogation, claiming that he invoked his right to remain silent. Defendant has filed timely Objections to the Recommendation. (Doc. # 42) The court reviews *de novo* the portion of the Recommendation to which the Objection applies. 28 U.S.C. § 636(b)(1).

The Objections are due to be overruled. The Recommendation is adopted, but modified to the extent of the legal standard applied. The Supreme Court has held that a suspect's invocation of his right to remain silent must be unambiguous. *Berghuis v. Thompkins*, 130 S. Ct. 2250, 2259 (2010). The Eleventh Circuit has stated that the crucial inquiry in determining if the invocation is unambiguous is whether "the reasonable police officer . . . would understand the statement to be an assertion of the right to remain silent." *Coleman v. Singletary*, 30 F.3d 1420, 1424 (11th Cir. 1994). Applying this standard and after an independent review of evidence, the Court concludes that Defendant did not invoke his right to remain silent. Therefore, the Defendant's motion is due to be DENIED and the Recommendation of the Magistrate Judge ADOPTED.

Accordingly, it is ORDERED:

(1)   Defendant's objections (Doc. # 42) are OVERRULED;

(2)   the Recommendation (Doc. # 39) is ADOPTED; and,

(3)   Defendant's Motion to Suppress (Doc. # 26) is DENIED.

Done this the 27th day of August, 2012.

                                              /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE